UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MAGGIE KANOUNIAN, | Case No. 2:15-cv-02008-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Maggie Kanounian and Hyundai Motor Finance (Dkt. #6), and Notice of Settlement Between Maggie Kanounian and Equifax Information ervices, LLC (Dkt. #8).  The parties advise that a settlement has been reached and that a stipulations to dismiss should be filed no later than January 11, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants Hyundai Motor Finance and Equifax Information Services shall have until **January 11, 2016,** to file stipulations to dismiss, or a joint status reports advising when the stipulations to dismiss will be filed.

DATED this 17th day of November, 2015.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1