Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballarspahr.com
*Attorneys for Defendant JPMorgan Chase*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGGIE KANOUNIAN<br><br>            Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, HYUNDAI MOTOR FINANCE, SETERUS, INC., CHASE BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendants. | Case No. 2:15-CV-02008 GMN-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR JPMORGAN CHASE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff and Defendant JPMorgan Chase, named herein as Chase Bank, ("Chase") stipulate and agree that Chase has up to and including December 2, 2015 to respond to plaintiff's complaint. This enlargement of time is requested so that the parties may investigate the claims, and is further requested so the parties may discuss resolution. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

Dated: November 6, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Abran E,. Vigil<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Attorneys for JPMorgan Chase* | By:  /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 25, 2015

13238762_1

2