Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  (702) 471-7000
Facsimile:  (702) 471-7070
E-Mail:  vigila@ballardspahr.com
E-Mail:  demareel@ballarspahr.com
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAGGIE KANOUNIAN<br><br>                    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, HYUNDAI MOTOR FINANCE, SETERUS, INC., CHASE BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendants. | Case No. 2:15-CV-02008 GMN-PAL<br><br>STIPULATION AND ORDER EXTENDING TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Fourth Request) |

     Plaintiff and defendant JPMorgan Chase Bank, N.A., named herein as Chase Bank N.A., ("Chase") stipulate and agree that Chase has up to and including February 17, 2016 to respond to Plaintiff's complaint. This short extension is requested so that the parties may determine whether a resolution is possible in light of Chase's investigation of its reporting. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

13238762_1                                    1

Dated:  February 2, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Lindsay Demaree <br> Abran E. Vigil <br> Nevada Bar No. 7548 <br> Lindsay Demaree <br> Nevada Bar No. 11949 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 <br><br> *Attorneys for Attorneys for JPMorgan Chase Bank, N.A.* | By:  /s/ David H. Krieger <br> David H. Krieger <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorney for Plaintiff* |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that no further extensions will be allowed.

Dated this 5th day of February, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

13238762_1                                                 2