1
2
3
4          UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                    * * *
7  MAGGIE KANOUNIAN,                          Case No. 2:15-cv-02008-GMN-PAL
8                          Plaintiff,                     ORDER
9      v.
10 BANK OF AMERICA, N.A., et al.,
                           Defendants.
11
12         Before the court is the Notice of Settlement Between Plaintiff and Defendant Bank of
13 America, NA (Dkt. #29) . The parties advise that a settlement has been reached and that a
14 stipulation to dismiss should be filed within 60 days.  Accordingly,
15         **IT IS ORDERED** that Plaintiff and Defendant Bank of America, NA shall have until
16 **May 10, 2016,** to file a stipulation to dismiss, or a joint status report advising when the
17 stipulation to dismiss will be filed.
18         DATED this 16th day of March, 2016.
19
20                                              _____
                                               PEGGY A. LEEN
21                                             UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

                                                1