David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Maggie Kanounian

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Maggie Kanounian,<br><br>          Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, HYUNDAI MOTOR FINANCE, SETERUS, INC., CHASE BANK, NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | CASE NO. **2:15-cv-02008-GMN-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 2/16/2016, Maggie Kanounian (the "Plaintiff") and CHASE BANK, NATIONAL ASSOCIATION (the "Defendant" or "CHASE")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on 2/23/2016, the Settling Parties were to file dismissal paperwork by 4/18/2016 or provide a status report outlining what is impeding settlement and full resolution in this matter.  See Doc. No. 27.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement.  Additional time is required to execute the settlement agreement.

The Settling Parties expect to have the settlement agreement executed and all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted April 18, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
*Maggie Kanounian*

IT IS ORDERED that the parties shall have until May 18, 2016, to file a stipulation to dismiss.

Dated: April 20, 2016

Peggy A. Leen
United States Magistrate Judge

2

CLAC 2198064.1